**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          NO. 4:11CR00156-14 JLH

RONALD CLYDE WHITE                                                          DEFENDANT

## ORDER

   Pursuant to the mandate issued by the United States Court of Appeals for the Eighth Circuit,

the indictment as to this defendant is hereby dismissed.

   IT IS SO ORDERED this 22nd day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE